# SEALED

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# 25MJ4028

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

GREGORY ROSS LLOYD,

     Defendant.

Case No. _____

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., Sec. 1343—Fraud by Wire Communication

The undersigned complainant being duly sworn states:

<u>Count 1</u>

Between October 18, 2020 and November 9, 2020, within the Southern District of California, defendant GREGORY ROSS LLOYD did knowingly and willfully devise a scheme or artifice to defraud, and for obtaining money by means of false or fraudulent pretenses, representations, and promises, and transmitted or caused to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme or artifice, in violation of Title 18, United States Code, Section 1343.

//

//

//

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is true and sworn to and incorporated by reference.

JUSTIN WALLACE
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of July, 2025.

THE HONORABLE MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from my participation in this investigation and conversations with other law enforcement officers that have participated in this investigation. The following does not contain all the information known to me or other federal agents and state and local officers regarding the investigation but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about October 18, 2020, the computer network for San Diego-based business Pacific Design Specialists Inc. was infected by ransomware. The owner of the company, Diane Johnson ("Johnson"), confirmed that the files on the Pacific Design Specialists Inc. computer server were encrypted and discovered a ransom note on the server. Johnson had a previous business relationship with San Diego-based information technology company Mobile Computer Wizard, owned and operated by Gregory Ross Lloyd ("LLOYD"). On October 19, 2020, Johnson contacted LLOYD by telephone to provide incident response to the ransomware attack. LLOYD agreed to provide his services to help resolve the ransomware attack.

LLOYD physically took possession of the infected server from Johnson to examine it at his business location. LLOYD confirmed all files on the server were encrypted. LLOYD stated the physical backup for the server and cloud-based backup files were completely encrypted as well. LLOYD told Johnson over the telephone that he was unable to recover any files from the server or backups. Johnson then gave LLOYD permission to contact the ransomware actor(s) and negotiate a ransom payment.

On October 20, 2020, LLOYD contacted the ransomware actor(s) by email, who demanded 0.85 Bitcoin ("BTC"), equating to approximately $10,065 United States dollars ("USD") at the time, to decrypt Johnson's server. LLOYD contacted Johnson by telephone and informed her of the cost to pay the ransom. Johnson agreed to pay the ransom. On October 20, 2020, Johnson provided LLOYD with $10,175 in cash, withdrawn from her California Bank and Trust business account, in order to make the ransom payment.

During negotiations with the ransomware actor(s), LLOYD lost contact with the ransomware actor(s) and began open source searching for resolutions to the ransomware attack. LLOYD located online information for a Facebook group named RansomwareVirus. He contacted RansomwareVirus via Facebook Messenger and email.  RansomwareVirus told LLOYD they could resolve the ransomware attack and requested 0.025 BTC, equivalent to $321.98 USD at the time, as payment for their services.  LLOYD agreed to make the payment.  On October 21, 2020, LLOYD made a 0.025 BTC payment to RansomwareVirus.  LLOYD never informed Johnson that he lost contact with the ransomware actor(s), nor did he discuss with JOHNSON that he found a group offering to resolve the ransomware attack for $321.98 USD, $9,853.02 USD less than the amount of cash Johnson provided to LLOYD for the ransom.

 After making the first payment to RansomwareVirus, LLOYD was instructed he needed to pay an additional 0.3 BTC, equivalent to $3,909.31 USD at the time, in order for RansomwareVirus to resolve the ransomware attack.  LLOYD agreed to make the additional payment.  On October 25, 2020, LLOYD made a 0.3 BTC payment to RansomwareVirus.  That same day, RansomwareVirus demanded an additional 0.175 BTC, equivalent to $2,289.81 USD, to resolve the ransomware attack.  LLOYD subsequently made the 0.175 BTC payment to RansomwareVirus.  RansomwareVirus continued to request more money to resolve the attack.  LLOYD eventually ceased negotiations with RansomwareVirus, and no more payments were made to the group.

During the time frame when LLOYD was negotiating payments with RansomwareVirus, Johnson and LLOYD spoke several times on the telephone about LLOYD's progress on resolving the ransomware attack.  LLOYD told Johnson he paid the original $10,175 USD ransom to the ransomware actor(s) and as a result received a decryption key.  LLOYD told JOHNSON that he was in the process of decrypting her server.

//

//

**Me:**
Just curious and anxious....did they send the decryption codes?
Sent

10/23, 9:16 A

**Gregg:**

http://web.vms.vzw.com/vma/web2/Message.do?n=1&s=zugK4v3G0cTqa3ZY

11/21/2020                                (1) Verizon Messages

Sorry been out this morning, I'm working o. Decrypting it currently. Fingers crossed it's working

10/23, 1:32 PM

**Me:**
Oh awesome thank you!
Sent

10/23, 1:33 PM

**Me:**
Hi, no need to deal with this today being Sunday but sometime when you have a chance can you let me know the up address you sent money in bit coin. My friend's husband knows how to track bit coin wallets. He said they will probably send across many wallets until it reaches the crypto wallets then they withdraw. So we might be able to follow it.
Sent

*I HAVE UPLOAD #1s*

10/24, 11:40 AM

*October 23, 2020 text messages between JOHNSON and LLOYD discussing the server decryption.*

LLOYD never mentioned to Johnson anything about RansomwareVirus, the multiple payments he made to RansomwareVirus, or the fact that RansomwareVirus was extorting for additional money without providing any assistance with decryption. LLOYD additionally lied to Johnson, stating he had paid the full $10,175 USD of the ransom payment to the ransomware actor(s) despite having only paid $6,521.10 USD to RansomwareVirus. LLOYD retained $3,653.90 of the ransom payment for himself, without any attempt to return the money to Johnson.

At one point during their telephone conversations, LLOYD told Johnson the decryption process running on the infected server stopped for unknown reasons before completion. LLOYD stated he was contacted by the ransomware actor(s) after the decryption stopped. The ransomware actor(s) demanded another ransom payment in Bitcoin equal to $4,800 USD. LLOYD told Johnson that he already made the payment with his own money, without first consulting with Johnson, and the server began decrypting once more. However, the decryption process stopped again, and the ransomware actor(s) demanded an additional 1.5 Bitcoin. At that point, Johnson told LLOYD to stop negotiating

with the ransomware actor(s), unaware that LLOYD was not in any negotiations at that point to decrypt her infected server.

Johnson agreed to reimburse LLOYD for the $4,800 USD she believed LLOYD paid to the ransomware actor(s), not knowing this was falsely contrived by LLOYD. Johnson made the following check payments from her California Bank and Trust business account to LLOYD: $2,000 USD on October 26, 2020 (check #14727), $1,400 USD on October 30, 2020 (check #14732), and $1,400 USD on November 09, 2020 (check #14733). LLOYD provided Johnson with the following invoice on November 09, 2020 showing that Johnson was being billed by Mobile Computer Wizard in the amount of $14,975 USD for "Bitcoin for ransomware".

PO Box 1341
Pine Valley, CA 91962
www.MobileComputerWizard.com
858-226-23111

**MOBILE COMPUTER WIZARD**

Pacific Design Specialists
12954 Cree Drive
Poway, CA 92064

| Invoice # | 29846 |
|---|---|
| Invoice Date | 11-09-20 |
| **Balance Due** | **$14,975.00** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| In Office Rate | Bitcoin for ransomware | $10,175.00 | 1.0 | $10,175.00 |
| In Office Rate | Bitcoin for ransomware | $4,800.00 | 1.0 | $4,800.00 |

## Disclaimer

Mobile Computer Wizard Inc. is not responsible for any data loss . It is your responsibility to back up your data. Payment is due in full upon completion of work. If you have not paid this invoice within 10 days, interest will be charged accordingly, 10-20 days 1.5%; 20-30 days 3%; 30-60 days 5%; 60+ days 10% of unpaid balance per month will be charged. Labor is warranted for 14 days. The service warranty only relates to work performed. If problems re-occur due to other circumstances, an additional service call fee will be charged. Parts and hardware warranties are dependent upon manufacturer and do not include labor. Hardware warranties do not include an on-site warranty; therefore, if you require us to come to your facility to replace or repair the installed component or computer, a service call fee will be charged. Your receipt of this invoice indicates your agreement with the above stated terms. No returns/refunds on items after 72 hours, a 15% restocking fee is charged on all non-defective returns or exchanges. No returns or exchanges accepted on open software, computers, or parts. Any item left over 60 days at our facility will become the property of Mobile Computer Wizard.rd.

| Subtotal | $14,975.00 |
|---|---|
| Tax | $0.00 |
| Invoice Total | $14,975.00 |
| Payments | $0.00 |
| Credits | $0.00 |
| **Balance Due** | **$14,975.00** |

The Pacific Design Specialists Inc. computer server was never decrypted.  Johnson, unaware of LLOYD's false statements regarding the ransom payments, proceeded with a prior agreement she had with LLOYD to set up a new computer server in order to get her business functional again.  Johnson stated her company incurred a total loss of around $65,000 USD due to the ransomware attack. The loss resulted from the $14,975 USD in purported ransom payments, the costs to purchase and setup a new company server, and loss of business while the company was unable to operate and forced to redevelop prior completed work.

In totality, as described above, LLOYD communicated over the telephone to Johnson falsely stating he paid $14,975 USD to the ransomware actor(s) in attempt to resolve her ransomware attack.  LLOYD actually paid $6,521.10 USD to RansomwareVirus in an attempt to resolve the ransomware attack; however, he knowingly and willfully retained $8,453.90 of the ransom payment for himself under the false pretenses that this money was transmitted to the ransomware actor(s).  LLOYD obtained $4,800 USD of that money from Johnson after he had already ceased attempts to decrypt Johnson's infected server.

Based on the facts as described, investigators believe LLOYD did knowingly and willfully devise a scheme or artifice to defraud, and for obtaining money by means of false or fraudulent pretenses, representations, and promises, and transmitted or caused to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme or artifice, in violation of Title 18, United States Code, Section 1343.